UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

FILED
2017 OCT 18 A 8:00
U.S. DISTRICT COURT
EASTERN DIST. TENN.

Robert (Bob) Chapman )
)
)
_____ )
Name of plaintiff (s) )
)
v. ) Case No. 3:17cv453
) (to be assigned by Clerk)
Joshua Pike ) McDonough/Shirley
)
_____ )
)
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Joshua Pike did pay Robert (Bob) Chapman on May 1, 2017 with a counterfeit 50 dollar bill, which is against Federal Law (18 U.S.C. § 471 & 472)

2. Plaintiff, Robert (Bob) Chapman resides at 302 S High St Apt #14, Sweetwater
street address / city

Monroe, TN, 37874, 423-561-0455.
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, Joshua Eugene Pike lives at, or its business is located at 636 Regan Valley Road, Tellico Plains,
<br>street address                         city
<br>Monroe, TN, 37385.
<br>county            state          zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Joshua Eugene Pike did use counterfiet currency to pay Robert (Bob) Chapman on a debt that he owed him. When putting a counterfiet bill into circulation which is against Federal Law

Serial # of Counterfeit Bill RP16073658F

See Evidence Container

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. _Issue Warrant for the Arrest and Prosecution of Joshua Eugene Pike_

   b.

   c.

   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Robert T. Chapman_ day of _17 October_, 20 _2017_

_Robert T. Chapman_
Signature of plaintiff(s)

3